JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN CITIES COMMUNITY HOSPITAL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ENNIS, INC., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Case No. 2:23-cv-10202-AB-DFM<br>Hon. Andre Birotte Jr.<br>Dept. 7B<br><br>[~~PROPOSED~~] JUDGMENT |

# [PROPOSED] JUDGMENT

Consistent with the Court's Order granting Defendant Ennis, Inc.'s Motion to Dismiss Plaintiff Twin Cities Community Hospital, Inc.'s Second Amended Complaint without leave to amend [Docket #66], judgment is entered in favor of Defendant Ennis, Inc. and against Plaintiff Twin Cities Community Hospital, Inc. Plaintiff shall take nothing by this action.

**IT IS SO ORDERED.**

Dated: February 14, 2025  _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE